**Order filed, January 13, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00767-CV

_____

**TIM  WILSON SR., Appellant**

**V.**

**FRIEDA  WILSON, Appellee**

___

**On Appeal from the County Court at Law**
**Waller County, Texas**
**Trial Court Cause No. 10-06-20425**

___

### ORDER

The reporter's record in this case was originally due November 22, 2019. 2019.  *See* Tex. R. App. P. 35.1.  On December 23, 2019, the court reporter attempted to file the record, but the record was rejected for non-compliance. To date, the record has not been filed with the court

We order Sheila May, the court reporter, to file the record in this appeal within seven days of the date of this order. **No further extension will be**

**entertained absent exceptional circumstances**.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If Sheila May does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM


Panel Consists of Justices Wise, Jewell and Poissant.